FILED: October 10, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1949
(2:87-cv-00363-RBS)
(2:14-cv-00160-RBS-LRL)

_____

COLLETTE DAVIDSON

  Claimant - Appellant

MILTON T. BUTTERWORTH, JR.; ATLANTIC MUTUAL INSURANCE COMPANY; INSURANCE COMPANY OF NORTH AMERICA; COMMERCIAL UNION INSURANCE COMPANY; WILLIAM H. MCGEE AND COMPANY INCORPORATED; LIMITED ROYAL INSURANCE COMPANY; CHUBB & SON, INCORPORATED; SUN ALLIANCE GROUP; SALVAGE ASSOCIATION; UNDERWRITERS AT LLOYD'S; LONDON ASSURANCE; ALLIANCE ASSURANCE COMPANY, LIMITED; GRE OF AMERICA CORPORATION; GUARDIAN ROYAL EXCHANGE; ROYAL EXCHANGE ASSURANCE; INDEMNITY MUTUAL MARINE ASSURANCE COMPANY; INDEMNITY MARINE ASSURANCE COMPANY, LIMITED; SUN INSURANCE COMPANY OF NEW YORK; SUN INSURANCE OFFICE, LIMITED; GREAT WESTERN INSURANCE COMPANY; SUN MUTUAL INSURANCE COMPANY; UNION MUTUAL INSURANCE COMPANY; ORIENTAL MUTUAL INSURANCE COMPANY; COMMERCIAL MUTUAL INSURANCE COMPANY; MERCANTILE MUTUAL INSURANCE COMPANY; NEW YORK MUTUAL INSURANCE COMPANY; PACIFIC MUTUAL INSURANCE COMPANY; MARINE INSURANCE COMPANY, LIMITED; INDEMNITY MARINE; LONDON ASSOCIATED CORPORATION; ROYAL ASSOCIATED CORPORATION; ROYAL INSURANCE COMPANY; ROYAL MARINE; INDEMNITY MUTUAL; ROYAL EXCHANGE & LONDON OFFICES; UNION BANK OF LONDON; COMMONWEALTH FIRE INSURANCE COMPANY; DENNIS STANDEFER; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK; ROBOL LAW OFFICE;

RICHARD THOMAS ROBOL; COMMERCIAL UNION ASSURANCE COMPANY, LIMITED

   Claimants

v.

COLUMBUS-AMERICA DISCOVERY GROUP; RECOVERY LIMITED PARTNERSHIP

   Plaintiffs - Appellees

HARRY G. JOHN; JACK F. GRIMM; TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

   Plaintiffs

and

THE UNIDENTIFIED & ABANDONED SAILING VESSEL; THE UNIDENTIFIED SAILING VESSEL; S. S. CENTRAL AMERICA; THE WRECKED AND ABANDONED VESSEL S.S. CENTRAL AMERICA

   Defendants

_____

O R D E R

_____

  The court defers consideration of the application to proceed in forma pauperis pending review of the appeal on the merits.

        For the Court--By Direction

        <u>/s/ Patricia S. Connor, Clerk</u>