# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## INFORMAL BRIEF

**No.** 14-1949,      Collette Davidson v. Recovery Limited Partnership
2:87-cv-00363-RBS, 2:14-cv-00160-RBS-LRL

FILED
OCT 1 0 2014
U.S. Court of Appeals
Fourth Circuit

1. **Jurisdiction (for appellants/petitioners only)**
A. Name of court or agency from which review is sought:

B. Date(s) of order or orders for which review is sought:

2. **Timeliness of notice of appeal or petition for review (for prisoners only)**
Exact date on which notice of appeal or petition for review was placed in institution's internal mailing system for mailing to court:

3. **Issues for Review**
Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.
**Issue 1.**

**Supporting Facts and Argument.**

Issue 2.

**Supporting Facts and Argument.**

Issue 3.

**Supporting Facts and Argument.**


*in narrative*

Issue 4.

**Supporting Facts and Argument**


*in narrative*

**4. Relief Requested**
**Identify the precise action you want the Court of Appeals to take:**

*included*

**5. Prior appeals (for appellants/petitioners only)**

A. Have you filed other cases in this Court? Yes [ ] No [ ]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?


_____
Signature
[Notarization Not Required]

_____
[Please Print Your Name Here]
*Collette Davidson*

## CERTIFICATE OF SERVICE
**********************

I certify that on _____ I served a copy of this Informal Brief on all parties, addressed as shown below:


_____
Signature

**NO STAPLES, TAPE OR BINDING PLEASE**

No. 14 1949

US Court of Appeals for the Fourth Circuit

US District Court of the Eastern District of Virginia
Collette Davidson
Appeal
Wreckage and Salvage of the SS Central America

Collette Davidson V Recovery Limited Partnership
2:07 cv 00363 RBS    2 14 cv 00160 RBS LRL

If I understand you correctly I have been granted an appeal.

The new RLP has replaced Tommy Thompson therefore Tommy rather the new Tommy RLP has obligations to me as well as his children..I ask you RLP......

where is my property. You either have my property or you stole my property. Tommy is one of the good guys in this world ..and all this selfishness has been created by the greed and impatience of one small minded entity..who stepped on a scientist..an inventor..a maverick just because he could.

So I ask you again where is my property?

I own half of Tommy (RLP) profits and I and my children deserve what we own..I do not understand this debate?

So..I would ask the court to prevent distribution of monies or properties concerning Recovery Limited Partnership that would affect my property as well as a declaration that my claim is legitimate.

This court has jurisdiction because the damages suffered by me have arisen from RLP'S conduct toward Tommy..So I seek to

assert my rights to any properties recovered from the SSCentralAmerica since I own Mr. Thompsons interest ..%. in this company and the treasure.

US Court of Appeals for the fourth Circuit

My appeal is this :my property was stolen from me..Tom had every intention of completing his plan to carefully excavate and,retrieve the down treasure from the SSCentralAmerica etc ..with the full intention of sharing the profits with his investors and partners(me and my family ).. however he was railroaded thus unable to complete his challenge .. the reciever has been placed in his position ..and must pay Toms' commitments ..unless the reciever is working for himself and not for the good of those involved in this project..I and my family are owed our property

...the thief was like the teacher giving a complex timed test to a student that never makes errors but is not capable of hurrying (it is not in his nature) ...he can not shine in the presence of abuse ..but when the time limit is lifted he is only one with the correct answer..

Tom would have and should have completed this project .He was abused and abused and abused.

I no longer understand this fight.. nor can I physically, emotionally or financially afford to fight it..it's simply unjust ...short sighted..criminal.. and ethically wrong...please award me and my family our share.

Collette Davidson

*Collette Davidson* (signature)

2 -
No 14 194

I hereby certify that on the 10th day of October a true and accurate copy of the foregoing was mailed first class to the following :

Conrad M Shumadine (VSB N#4325)
Brett Spain (VSB#44567)
Counsel for RLP.. Wilcox&Savage P.C.
440 Monticello Avenue Suite 2200
Norfolk,Virginia 23510

Philip N. Davey(VSB#14061)..Bryan K. Meals(VSB#40184)
Of Counsel for CADG
101 Granby Street Suite 300
Norfolk Virginia. 23510-1636

Richard T.Robol(VSB#18534)..Robol Law Office.LLC
433 West Sixth Avenue
Columbus Ohio 43201

Milton Butterworth
195 Parker Road
Asheville,North Carolina 28805

James L Chapman IV
Steven Stancliff
c Wiley Grandy
Coun for RLP
Crenshaw Ware. Martin PLC
150 West Main St Suite 1500
Norfolk Virg 23510