UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

STATUS OF COUNSEL FORM

No. 14-1949        Collette Davidson v. Recovery Limited Partnership

2:87-cv-00363-RBS, 2:14-cv-00160-RBS-LRL

I make the following election with respect to counsel for appeal (please check one):

1. [ ] I do not desire an attorney to represent me in the above case now pending in the United States Court of Appeals.

2. [ ] I have arranged to be represented in this case by counsel whose name, address, and phone number are listed below:

_____

_____

_____

Date: __10/24/14__

Signature: _____

**WE ARE NOT PARTICIPATING IN THIS CASE**
Appellate counsel is unknown. We were engaged to represent Columbus Discovery Group, Inc. ("CADG") in EDVA Civil Actions No.: 2:87cv363 and 2:14cv160, since consolidated under 2:87cv363. Recovery Limited Partnership ("RLP") was substituted by the Court as "Salvor in Possession" in place of CADG. CADG and its claim in C/A No. 2:14cv160 were dismissed. There was no need for us to withdraw as Counsel. We have not been engaged to nor do we choose to participate in this appeal.

/s/
_____
Philip N. Davey, VSB No. 14061
/s/
_____
Bryan K. Meals, VSB No. 40184

Davey & Brogan, P.C.
　Formerly Counsel to CADG
101 Granby Street, Suite 300
Norfolk, VA 23510-1636
Tel:　　757-622-0100 ext 211
Fax:　　757-622-4924
Email:　pdavey@daveybroganpc.com
　　　　bmeals@daveybroganpc.com